# NO. 16-56725

# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

DIANE WEINSHEIMER,

Plaintiff-Appellant,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

Defendants-Appellees.

## MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

       Richard L. Antognini
       (CA Bar No. 075711)
       LAW OFFICE OF
       RICHARD L. ANTOGNINI
       2036 Nevada City Highway, Suite 636
       Grass Valley, California 95945-7700
       Telephone: (916) 295-4896
       E-Mail: rlalawyer@yahoo.com

       Attorneys for Plaintiff-Appellant
       DIANE WEINSHEIMER

TO:   APPELLEES AND THEIR COUNSEL OF RECORD:

Appellant DIANE WEINSHEIMER moves the Court for an extension of time until October 17, 2017 to file her opening brief. If the extension is granted, appellant will receive a 29-day extension of time.  This is appellant's second application for an extension of time.

Appellant requests the extension for the reasons stated in the Declaration of Richard L. Antognini in Support of Motion for Extension of Time, found below.

Dated:  September 18, 2017          LAW OFFICE OF
                                    RICHARD L. ANTOGNINI

                         By:
                                    /s/ Richard L. Antognini
                                    Richard L. Antognini
                                    Attorneys for Appellant
                                    DIANE WEINSHEIMER

# DECLARATION OF RICHARD L. ANTOGNINI IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

I, RICHARD L. ANTOGNINI, declare:

1. I am an attorney admitted to practice before this Court, and I am counsel for appellant Diane Weinsheimer. I submit this declaration to support appellant's motion for an extension of time to file her opening brief. I know of the facts I am about to state and, if called on to do so, I can competently testify to those facts.

2. The opening brief originally was due July 14, 2017. On July 14, 2017, I filed a streamlined request for a 30-day extension, which the court granted. That request made the brief due on August 14, 2017. On August 9, 2017, I applied for a second extension of time. The Court granted the that extension, making the brief due September 18, 2018. I am now applying for a third extension of time

3. Because of work on other cases over the past week, I could not contact opposing counsel, Allan Bareng, until August 8, 2017, to ask him if his clients would agree to further extension of time to file the opening brief.

4. I have prepared the excerpts of record. They take up two volumes and 274 pages. I have analyzed the excerpt and done the necessary legal research. I also have written half of a first draft of the opening brief. However, I have not had time to write the argument sections. Unfortunately, I must travel out of town to present oral argument in another case Tuesday, September 19, and then again on Friday, September 22. I discuss the details of those appearances below.

5. I had hoped to finish the brief and file it today, September 18, but I could not complete it. For that reason, I did not file this request for an extension one week before the brief's due date. I apologize to the Court for my tardiness.

6. I request a 29-day extension because:

- On September 19, 2017, I present oral argument in Hopkins v. Homeward Residential, California Court of Appeal, First Appellate District, Division Two, case no. A144292.

- On September 22, 2017, I argue a motion for sanctions and other relief in Baroni v. Green

Tree Servicing, United States Bankruptcy Court for the Central District of California, case no. 13-ap-01070-MB.

- On September 25, 2017, I must file a reply brief in Hacker v. Homeward Residential

- Singh v. US Bank, N.A., California Court of Appeal, Fourth Appellate District, Division Three, Case no. G054977.

- On September 28, 2017, I must file an opening brief in a family law appeal, J.F. v. G.A., California Court of Appeal, Fifth Appellate District, case no. F075959.

- 

- 

- Law Offices of Murphy & Eftehkhari v. Swenson, as Trustee, Santa Clara County Superior Court Action No. 115CV283177.

- 

-

7. Given my briefing schedule over the next several weeks, I request an extension of time until October 17, 2017 to file appellant's opening brief.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on September 18, 2017 at Grass Valley, California.

/s/ Richard L. Antognini<br>Richard L. Antognini

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing Motion for Extension of Time to File Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on September 18, 2017.

I certify that all participants are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  September 18, 2017                LAW OFFICE OF
                                          RICHARD L. ANTOGNINI

                            By:
                                          /s/ Richard L. Antognini
                                          Richard L. Antognini
                                          Attorneys for Appellant
                                          DIANE WEINSHEIMER