**NO. 16-56725**

**IN THE**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

DIANE WEINSHEIMER,

Plaintiff-Appellant,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

Defendants-Appellees.

**MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF**

       Richard L. Antognini
       (CA Bar No. 075711)
       LAW OFFICE OF
       RICHARD L. ANTOGNINI
       2036 Nevada City Highway, Suite 636
       Grass Valley, California 95945-7700
       Telephone: (916) 295-4896
       E-Mail:    rlalawyer@yahoo.com

       Attorneys for Plaintiff-Appellant
       DIANE WEINSHEIMER

TO: APPELLEES AND THEIR COUNSEL OF RECORD:

Appellant DIANE WEINSHEIMER moves the Court for an extension of time until October 27, 2017 to file her opening brief. If the extension is granted, appellant will receive a 10-day extension of time. This is appellant's fourth application for an extension of time.

Appellant requests the extension for the reasons stated in the Declaration of Richard L. Antognini in Support of Motion for Extension of Time, found below.

Dated: October 17, 2017

LAW OFFICE OF
RICHARD L. ANTOGNINI

By:

/s/ Richard L. Antognini
Richard L. Antognini
Attorneys for Appellant
DIANE WEINSHEIMER

# DECLARATION OF RICHARD L. ANTOGNINI IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

I, RICHARD L. ANTOGNINI, declare:

1. I am an attorney admitted to practice before this Court, and I am counsel for appellant Diane Weinsheimer. I submit this declaration to support appellant's motion for an extension of time to file her opening brief. I know of the facts I am about to state and, if called on to do so, I can competently testify to those facts.

2. The opening brief originally was due July 14, 2017. On July 14, 2017, I filed a streamlined request for a 30-day extension, which the court granted. That request made the brief due on August 14, 2017. On August 9, 2017, I applied for a second extension of time. The Court granted the that extension, making the brief due September 18, 2017. On September 18, 2017, I filed for a third extension of time. The Court also granted that motion, making the brief due today, October 17, 2017. I am now applying for a fourth extension of time.

3. I have assembled the excerpts of record and they are ready to file. The record is complete, as I am not relying on any transcripts of hearings.

4. I finished a draft of the opening brief today, October 17, 2017, while on the train from San Francisco to Sacramento. However, the draft needs extensive revision. I want to set the draft aside for a few days so I can approach it fresh.

5. In addition, my client wants to review the draft before I file the brief. Usually this review would take a few days. But, my client travels for her business and sometimes is difficult to reach. So, I am asking for an additional 10 days to be safe. She agrees I should apply for this extension.

6. I had finished about one-half of the brief by September 18, 2017. However, deadlines and hearings in other cases meant I have only been able to work on it sporadically since then. Specifically:

- On September 19, 2017, I presented oral argument in <u>Hopkins v. Homeward Residential,</u> California Court of Appeal, First Appellate District, Division Two, case no. A144292. On September 22, 2017, I argued several

complex motions in <u>Baroni v. Green Tree Servicing,</u> United States Bankruptcy Court for the Central District of California, case no. 1:13-ap-01070-MB.

- On September 27, 2017, I was deposed as an expert witness in <u>Law Offices of Murphy & Eftehkhari v. Swenson, as Trustee,</u> Santa Clara County Superior Court Action No. 115CV283177. Preparation for that deposition required me to review over 4,000 pages of documents, so it took several days.

- On September 28, 2017, I filed an opening brief in a family law appeal, <u>J.F. v. G.A</u>., California Court of Appeal, Fifth Appellate District, case no. F075959.

- On September 29, 2017, I presented oral argument in <u>Nguyen v. Golden,</u> United States Bankruptcy Appellate Panel for the Ninth Circuit, case no. 17-1000.

- On October 6, 2017, I filed opposition to a motion for summary judgment in <u>Baroni v. Green Tree Servicing,</u> United States Bankruptcy Court for the Central District of California, case no. 1:13-ap-01070-MB. That work

consumed all my time between September 30 and October 6, 2017.

- On October 9, 2017, I filed an opening brief and excerpts of record in In Re Baroni (Green Tree Servicing), United States Court of Appeals for the Ninth Circuit, case no. 17-55554.

- On October 10, 2017, I filed a reply brief in Baroni v. CIT National Bank, United States Court of Appeals for the Ninth Circuit, case no. 16-56618.

- On October 11, 2017, I filed a reply brief in Ng v. US Bank, United States Court of Appeals for the Ninth Circuit, case no. 16-17370.

- On October 17, 2017, I argued Lawson v. PNC Bank, N.A., et al., California Court of Appeal, First Appellate District, Division Four, case no. A142202. That argument took place in San Francisco and required me to travel and stay overnight.

8. As I explain above, my schedule over the past week has been especially hectic. I have not had time to contact appellees' counsel to learn their position on a possible extension.

9. For the reasons I state above, I request an extension of time until October 27, 2017 to file appellant's opening brief.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on October 17, 2017 at Grass Valley, California.

<u>/s/ Richard L. Antognini</u>
Richard L. Antognini

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing Motion for Extension of Time to File Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on October 17, 2017.

I certify that all participants are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 17, 2017   LAW OFFICE OF
RICHARD L. ANTOGNINI

By:
/s/ Richard L. Antognini
Richard L. Antognini
Attorneys for Appellant
DIANE WEINSHEIMER