**NO. 16-56725**

**IN THE**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

DIANE WEINSHEIMER,

Plaintiff-Appellant,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

Defendants-Appellees.

**MOTION FOR EXTENSION OF TIME
TO FILE OPENING BRIEF**

      Richard L. Antognini
      (CA Bar No. 075711)
      LAW OFFICE OF
      RICHARD L. ANTOGNINI
      2036 Nevada City Highway, Suite 636
      Grass Valley, California 95945-7700
      Telephone: (916) 295-4896
      E-Mail: rlalawyer@yahoo.com

      Attorneys for Plaintiff-Appellant
      DIANE WEINSHEIMER

TO:   APPELLEES AND THEIR COUNSEL OF RECORD:

Appellant DIANE WEINSHEIMER moves the Court for an extension of time until October 31, 2017 to file her opening brief. If the extension is granted, appellant will receive a 10-day extension of time. This is appellant's fifth application for an extension of time.

Appellant requests the extension for the reasons stated in the Declaration of Richard L. Antognini in Support of Motion for Extension of Time, found below.

Dated:  October 27, 2017            LAW OFFICE OF
                                    RICHARD L. ANTOGNINI

                           By:
                                    /s/ Richard L. Antognini
                                    Richard L. Antognini
                                    Attorneys for Appellant
                                    DIANE WEINSHEIMER

# DECLARATION OF RICHARD L. ANTOGNINI IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

I, RICHARD L. ANTOGNINI, declare:

1. I am an attorney admitted to practice before this Court, and I am counsel for appellant Diane Weinsheimer. I submit this declaration to support appellant's motion for an extension of time to file her opening brief. I know of the facts I am about to state and, if called on to do so, I can competently testify to those facts.

2. The opening brief originally was due July 14, 2017. On July 14, 2017, I filed a streamlined request for a 30-day extension, which the court granted. That request made the brief due on August 14, 2017. On August 9, 2017, I applied for a second extension of time. The Court granted the that extension, making the brief due September 18, 2017. On September 18, 2017, I filed for a third extension of time. The Court also granted that motion, making the brief due October 17, 2017.

3. On October 17, 2017, I applied for a fourth extension of time. The Court has not acted on that motion. I am now applying for a fifth extension of time.

4. In my October 17, 2017 motion, I said I had completed a draft of the opening brief and that the record was complete and ready to be filed. I asked for a short extension, so I could revise the brief and give my client a chance to review it. I also stated that my client traveled frequently on business and that it would take her some time to review the brief.

5. My client has not reviewed the brief yet. But, I have had other counsel review it and they have suggested changes that require rewriting many arguments. These changes will make the brief stronger and will benefit the Court. I need a few more days to redraft the legal arguments and therefore ask for a four-day extension to October 31 to file the brief. I apologize to the Court for my delay. I will file the brief on that day whether my client has reviewed it or not.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed on October 27, 2017 at Grass Valley, California.

/s/ Richard L. Antognini
Richard L. Antognini

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing Motion for Extension of Time to File Opening Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on October 27, 2017.

I certify that all participants are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 27, 2017     LAW OFFICE OF
RICHARD L. ANTOGNINI

By:
/s/ Richard L. Antognini
Richard L. Antognini
Attorneys for Appellant
DIANE WEINSHEIMER